No. 94–5108.  THOMPSON v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 94–5109.  WILLIAMS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5110.  ADAIR v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–5111.  DUSSAULT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–5112.  BOONE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–5113.  HOLDEN v. ALASKA.  C. A. 9th Cir.  Certiorari denied.

No. 94–5114.  FARMER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–5115.  JAMES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–5116.  EVANS v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 94–5117.  HALIM v. WIDNALL, SECRETARY OF THE AIR FORCE.  C. A. 6th Cir.  Certiorari denied.

No. 94–5118.  SAVAGE ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5119.  TAMAYO v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 94–5120.  STROMAN v. WEST COAST GROCERY.  C. A. 9th Cir.  Certiorari denied.

No. 94–5121.  JENORIKI v. UNITED STATES POSTAL INSPECTION SERVICE OF HOUSTON, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.